**Order entered January 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01272-CR
### No. 05-12-01273-CR

**KENNETH ERIC HADDAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-59239-W, F10-52190-W**

## ORDER

The Court **REINSTATES** the appeals.

On January 15, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 22, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 15, 2013 order requiring findings.

We **GRANT** appellant's January 22, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID W. EVANS
         JUSTICE